CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
MATHEW W. PILE (WSBA 32245)
Executive Counsel for Program Litigation 1
ERIN HIGHLAND (GA 153550)
Special Assistant United States Attorney
Program Litigation 1
Law and Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
(206) 615-2495
erin.highland@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| F.K,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | CIVIL NO. 3:26-cv-02482-JSC<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO 42 U.S.C. SECTION 405(g) SENTENCE FOUR; ~~[PROPOSED]~~ ORDER |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council will direct the Administrative Law Judge to:

- Further evaluate the medical opinion evidence of record;
- Further evaluate the claimant's alleged symptoms pursuant to Social Security Ruling 16-3p;
- Reevaluate the claimant's residual functional capacity;

- Offer the claimant the opportunity for a new hearing, take any further action needed to complete the administrative record, and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: July 22, 2026

By: */s/ Sarah Thompson*
SARAH THOMPSON
(as authorized by email)
Attorney for Plaintiff

Dated: July 22, 2026

CRAIG H. MISSAKIAN
United States Attorney

MATHEW W. PILE
Executive Counsel for Program Litigation 1

By: /s/ *Erin Highland*
ERIN HIGHLAND
Special Assistant U.S. Attorney
Social Security Administration
Attorneys for Defendant

In accordance with Civil Local Rule 5-1(i)(3), I, Erin Highland, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

IT IS SO ORDERED:

DATE: **July 23, 2026**

Jacqueline Scott Corley
THE HONORABLE JACQUELINE SCOTT CORLEY
United States District Judge